### FONTAINE LeMAISTRE v. HERMAN LEFFERS, et als.

31 So. (2nd) 155                                         June Term, 1947
June 24, 1947                                            Division B

*W. B. Shelby Crichlow,* for appellant.

*Henderson, Franklin, Starnes & Holt* and *J. A. Franklin,* for appellees.

PER CURIAM:

The record and the briefs in this cause have been examined and the judgment appealed from is affirmed on authority of DeLoach et al. v. Calihan, decided March 21, 1947.

THOMAS, C. J., BUFORD, ADAMS, and BARNS, JJ., concur.